| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik (SBN 185520) dbg@lnbyb.com<br>Kurt Ramlo (SBN 166856) kr@lnbyb.com<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067 T:310-229-1234; F:310-229-1244<br>Attys for Defs. The X-Law Group, P.C. & Filippo Marchino<br>Filippo Marchino (SBN 256011) fm@xlawx.com<br>Thomas E. Gray (SBN 299898) tg@xlawx.com<br>THE X-LAW GROUP, P.C.<br>625 Fair Oaks Ave, Ste 390, S. Pasadena, CA 91030<br>T:213-599-3380; F:213-599-3370<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defs. Hernandez, Le, Young Blue LLC | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>2/19/2021<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___DTA___ DEPUTY<br><br>8:21-cv-00336-ODW |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>EAGAN AVENATTI, LLP,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-13560-SC<br>ADVERSARY NO.: 8:20-ap-01086-SC<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>THE X-LAW GROUP, P.C., a professional corporation; et al.,<br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  Defendants X-Law Group, P.C., a professional corporation; see attachment, part 1

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order Denying Defendants' Special Motion to Strike and to Dismiss (ECF No. 143, February 4, 2021), as amended (Amended Order Denying Defendants' Special Motion to Strike and to Dismiss (ECF No. 146, February 5, 2021)).
2. The date the judgment, order, or decree was entered: 02/04/2021

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party:  Plaintiff Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP
   Attorney:

   See attached.

2. Party:
   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Kurt Ramlo                                                      Date: 02/17/2021
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)    Filippo Marchino

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**Attachment**

**Part 1: Identify the Appellants (cont'd)**

Subpart A:

    (i)    The X-Law Group, P.C., a professional corporation
    (ii)   Filippo Marchino, an individual;

        Both represented by:

        David B. Golubchik (SBN 185520) dbg@lnbyb.com
        Kurt Ramlo (SBN 166856) kr@lnbyb.com
        LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
        10250 Constellation Boulevard, Suite 1700
        Los Angeles, CA 90067 T:310-229-1234; F:310-229-1244

Subpart B:

    (iii)  Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased
    (iv)   Young Blue LLC, a limited liability company
    (v)    Sandy Le, individually and on behalf of Tina Ngan Le, decedent

        All three represented by:

        Filippo Marchino (SBN 256011) fm@xlawx.com
        Thomas E. Gray (SBN 299898) tg@xlawx.com
        THE X-LAW GROUP, P.C.
        625 Fair Oaks Avenue, Suite 390
        South. Pasadena, CA 91030
        Tel:  213-599-3380; Fax:  213-599-3370

**Part 3: Identify the other parties to the appeal (cont'd)**

Plaintiff Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP

RICHARD L. KELLNER (State Bar No. 171416)
rlk@kellnerlaw.com
KELLNER LAW GROUP PC
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 780-6759
Facsimile: (310) 277-0635

Special Litigation Attorneys for Plaintiff and Chapter 7 Trustee, RICHARD A. MARSHACK

In Association with,

(continued next page)

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
870 Roosevelt
Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

General Counsel for Plaintiff and Chapter 7 Trustee, RICHARD A. MARSHACK

| | |
|---|---|
| 1  RICHARD L. KELLNER (State Bar No. 171416)<br>rlk@kellnerlaw.com<br>2  KELLNER LAW GROUP PC<br>1180 South Beverly Drive, Suite 610<br>3  Los Angeles, California 90035<br>Telephone: (310) 780-6759<br>4  Facsimile: (310) 277-0635<br>5  Special Litigation Attorneys for Plaintiff and<br>Chapter 7 Trustee, RICHARD A. MARSHACK | **FILED & ENTERED**<br><br>FEB 04 2021<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |

6   In Association with,

7   D. EDWARD HAYS, #162507
    ehays@marshackhays.com
8   TINHO MANG, #322146
    tmang@marshackhays.com
9   870 Roosevelt
    Irvine, CA  92620
10  Telephone: 949-333-7777
    Facsimile: 949-333-7778
11
    General Counsel for Plaintiff and Chapter 7 Trustee,
12  RICHARD A. MARSHACK

13                    **UNITED STATES BANKRUPTCY COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| 15  In re<br>16  EAGAN AVENATTI, LLP,<br>17          Debtor. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC |
| 18  RICHARD A. MARSHACK, Chapter 7 Trustee for<br>     Eagan Avenatti, LLP,<br>19<br>                    Plaintiff,<br>20          v.<br>     THE X-LAW GROUP, PC, a professional<br>21   corporation; FILIPPO MARCHINO, an individual;<br>     ELBA HERNANDEZ, individually and as personal<br>22   representative and successor in interest to Andres<br>     Ramirez, deceased; YOUNG BLUE LLC, a limited<br>23   liability company; and SANDY LE, individually and<br>     on behalf of Tina Ngan Le, decedent,<br>24<br>                    Defendants. | ORDER DENYING DEFENDANTS'<br>SPECIAL MOTION TO STRIKE AND<br>MOTION TO DISMISS<br><br>[MOTION FILED ON 11/13/20<br>AS DK. NO. 96]<br><br>Hearing Date and Time:<br>Date:  January 20, 2021<br>Time:  1:30 p.m.<br>Place:  Courtroom 5C[1]<br>          411 W. Fourth Street<br>          Santa Ana, CA 92701 |

---

[1] Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures.  Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using CourtCall or ZoomGov.

1

     A hearing was held on January 20, 2021, at 1:30 p.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, in Courtroom 5C located at 411 West Fourth Street, Santa Ana, CA, on the Notice of Motion and Special Motion to Strike and Motion to Dismiss ("Motion"), filed on November 13, 2020, as Adv. Dk. No. 96, by Defendants, The X-Law Group, P.C., Filippo Marchino, Young Blue LLC, Elba Hernandez, The Estate of Andres Ramirez, and Sandy Le ("Defendants").[2] Appearances were as noted on the record.

     The Court having read and considered the Motion, the Opposition filed by Plaintiff, Defendants' Reply to Trustee's Opposition, and other pleadings filed in this adversary, and having heard the arguments of counsel, and for the reasons set forth in the Opposition and as stated on the record including the rulings on Defendants' evidentiary objections, the Court enters its Order as follows:

     IT IS ORDERED that the Motion is denied in its entirety including Defendants' request for an award of attorneys' fees.

###

Date: February 4, 2021

Scott C. Clarkson
United States Bankruptcy Judge

---

[2] All capitalized terms not defined in this Order shall have the same meaning as defined in the Motion.

2

Case 8:21-cv-01086-ODW Document 5-62 Filed 07/05/22 Page 7 of 19 Page ID #:755
Case 8:20-ap-01086-SC Doc 154 Filed 02/05/21 Entered 02/05/21 11:25:45 Desc
Amended Order Denying Defendants Special Motion to Strike and Motion to D   Page 1 of 2

| | |
|---|---|
| 1   RICHARD L. KELLNER (State Bar No. 171416) <br> rlk@kellnerlaw.com <br> 2   KELLNER LAW GROUP PC <br> 1180 South Beverly Drive, Suite 610 <br> 3   Los Angeles, California 90035 <br> Telephone: (310) 780-6759 <br> 4   Facsimile: (310) 277-0635 <br> Special Litigation Attorneys for Plaintiff and <br> 5   Chapter 7 Trustee, RICHARD A. MARSHACK <br><br> 6   In Association with, <br><br> 7   D. EDWARD HAYS, #162507 <br> ehays@marshackhays.com <br> 8   TINHO MANG, #322146 <br> tmang@marshackhays.com <br> 9   870 Roosevelt <br> Irvine, CA  92620 <br> 10   Telephone: 949-333-7777 <br> Facsimile: 949-333-7778 <br> 11 <br> General Counsel for Plaintiff and Chapter 7 Trustee, <br> 12   RICHARD A. MARSHACK | **FILED & ENTERED** <br><br> **FEB 05 2021** <br><br> **CLERK U.S. BANKRUPTCY COURT** <br> **Central District of California** <br> **BY** bolte     **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re <br><br> EAGAN AVENATTI, LLP, <br><br>                   Debtor. | Case No.: 8:19-bk-13560-SC <br><br> Chapter 7 |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP, <br><br>                   Plaintiff, <br>     v. <br> THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased; YOUNG BLUE LLC, a limited liability company; and SANDY LE, individually and on behalf of Tina Ngan Le, decedent, <br>                   Defendants. | Adv. No.:  8:20-ap-01086-SC <br><br> **AMENDED** ORDER DENYING DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS <br><br> [MOTION FILED ON 11/13/20 AS DK. NO. 96] <br><br> Hearing Date and Time: <br> Date:   January 20, 2021 <br> Time: 1:30 p.m. <br> Place: Courtroom 5C[1] <br>           411 W. Fourth Street <br>           Santa Ana, CA 92701 |

---

[1] Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures. Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using CourtCall or ZoomGov.

1

A hearing was held on January 20, 2021, at 1:30 p.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, in Courtroom 5C located at 411 West Fourth Street, Santa Ana, CA, on the Notice of Motion and Special Motion to Strike and Motion to Dismiss ("Motion"), filed on November 13, 2020, as Adv. Dk. No. 96, by Defendants, The X-Law Group, P.C., Filippo Marchino, Young Blue LLC, Elba Hernandez, The Estate of Andres Ramirez, and Sandy Le ("Defendants").[2] Appearances were as noted on the record.

The Court having read and considered the Motion, the Opposition filed by Plaintiff, Defendants' Reply to Trustee's Opposition, and other pleadings filed in this adversary, and having heard the arguments of counsel, and for the reasons stated on the record including the rulings on Defendants' evidentiary objections, the Court enters its Order as follows:

IT IS ORDERED that the Motion is denied in its entirety including Defendants' request for an award of attorneys' fees.

###

Date: February 5, 2021

Scott C. Clarkson
United States Bankruptcy Judge

---

[2] All capitalized terms not defined in this Order shall have the same meaning as defined in the Motion.

David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Tel: (310) 229-1234; Fax: (310) 229-1244
KR@LNBYB.com; DBG@LNBYB.com

Attorneys for Appellants The X-Law Group, P.C. and Filippo Marchino

Filippo Marchino (State Bar No. 256011)
Thomas E. Gray (State Bar No. 299898)
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380; Fax: (213) 599-3370
FM@XLAWX.COM; TG@XLAWX.COM

Attorneys for Appellants Young Blue LLC, Elba Hernandez, The Estate of Andres Ramirez, and Sandy Le

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Appeal Case No. _____ |
| EAGAN AVENATTI, LLP, | Bankruptcy Case No. 8:19-bk-13560-SC |
| Debtor. | Chapter 7 |
| THE X-LAW GROUP, P.C., a professional corporation; et al, | Adv. No.: 8:20-ap-01086-SC |
| Appellants, | **Notice of Related Cases** |
| v. | [L. Bankr. R. 2.1; L.R. 83-1.3.1] |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP, | Notice of Appeal Filed: February 16, 2021 |
| Appellee. | |

Case 8:21-cv-00086-SODW Document 4-8 Filed 02/17/21 Page 10 of 19 Page ID #:18
Case 2:21-ap-01086-SODW Doc 6 Filed 02/19/21 Entered 02/19/21 12:10:45 Desc
Notice of Related Cases    Page 2 of 2

1         In accordance with L. Banrk. R. 2.1 (8012) and L.R. 83-1.3.1 and Appellants The X-Law Group, P.C. and Filippo Marchino (collectively "**X-Law**"), Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, and Sandy Le (collectively, the "**Clients**" and, together with X-Law, the "**Appellants**") state that they are not aware of any cases that are related to this appeal.

DATED: February 17, 2021   **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

By _____/s/ Kurt Ramlo_____
DAVID B. GOLUBCHIK
KURT RAMLO
Attorneys for Appellants The X-Law Group, P.C. and Filippo Marchino

**THE X-LAW GROUP, P.C.**

By _____
FILIPPO MARCHINO
Attorneys for Appellants Young Blue LLC, Elba Hernandez, The Estate of Andres Ramirez, and Sandy Le

Case 8:21-cv-00366-ODW Document 4 Filed 02/17/21 Page 11 of 19 Page ID #:11
Case 8:21-cv-00366-ODW Document 1-4 Filed 02/17/21 Entered 02/17/21 Page 4 Desc
Certification and Notice of Interested Parties    Page 1 of 7

David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Tel: (310) 229-1234; Fax: (310) 229-1244
KR@LNBYB.com; DBG@LNBYB.com

Attorneys for Appellants The X-Law Group, P.C. and Filippo Marchino

Filippo Marchino (State Bar No. 256011)
Thomas E. Gray (State Bar No. 299898)
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380; Fax: (213) 599-3370
FM@XLAWX.COM; TG@XLAWX.COM

Attorneys for Appellants Young Blue LLC, Elba Hernandez, The Estate of Andres Ramirez, and Sandy Le

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Appeal Case No. _____<br><br>Bankruptcy Case No. 8:19-bk-13560-SC<br><br>Chapter 7 |
| THE X-LAW GROUP, P.C., a professional corporation; et al,<br><br>Appellants,<br><br>v.<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>Appellee. | Adv. No.: 8:20-ap-01086-SC<br><br>**Certification and Notice of Interested Parties**<br><br>[L. Bankr. R. 2.1; L.R. 7.1-1]<br><br>Notice of Appeal Filed: February 16, 2021 |

Case 2:21-cv-00866-ODW Document 4 Filed 02/19/21 Page 2 of 7 Page ID #:12
Case 8:21-cv-00086-ODW Document 4 Filed 02/19/21 Page 2 of 7 Page ID #:12
Certification and Notice of Interested Parties    Page 2 of 7

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Appellants The X-Law Group, P.C. and Filippo Marchino (collectively "**X-Law**"), Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, and Sandy Le (collectively, the "**Clients**" and, together with X-Law, the "**Appellants**"), certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| The X-Law Group, P.C., a professional corporation | Appellant, Defendant, and creditor of bankruptcy estate of Eagan Avenatti |
| Filippo Marchino | Appellant and Defendant |
| Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased | Appellant and Defendant |
| Young Blue LLC, a limited liability company | Appellant and Defendant |
| Sandy Le, individually and on behalf of Tina Ngan Le, decedent | Appellant and Defendant |
| Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti | Plaintiff and Appellee; trustee of bankruptcy estate of Eagan Avenatti |
| Jason M. Frank | Primary secured claimant of the bankruptcy estate of Eagan Avenatti |
| Jason Frank Law, PLC | Primary secured claimant of the bankruptcy estate of Eagan Avenatti |
| First Legal Network, LLC | Claimant of bankruptcy estate of Eagan Avenatti |
| Gregory Barela | Claimant of bankruptcy estate of Eagan Avenatti |
| Edward M. Ricci, P.A. and Edward M. Ricci, Esq. | Claimant of bankruptcy estate of Eagan Avenatti |
| Ben Hyatt | Claimant of bankruptcy estate of Eagan Avenatti |
| Alexis Gardner | Claimant of bankruptcy estate of Eagan Avenatti |

Case 8:21-cv-00866-ODW Document 54-4 Filed 02/17/21 Page 14 of 19 Page ID #:164
Case 8:21-ap-01036-SC Doc 154 Filed 02/07/25 Entered 02/07/25 12:10:45 Desc
Certification and Notice of Interested Parties    Page 4 of 7

| Party | Connection/Interest |
|---|---|
| Damon Rogers | Claimant of bankruptcy estate of Eagan Avenatti |
| Geoffrey E Johnson | Claimant of bankruptcy estate of Eagan Avenatti |
| William Parrish | Claimant of bankruptcy estate of Eagan Avenatti |
| E. Timothy Fitzgibbons | Claimant of bankruptcy estate of Eagan Avenatti |
| William Parrish | Claimant of bankruptcy estate of Eagan Avenatti |
| Passport 420 | Claimant of bankruptcy estate of Eagan Avenatti |
| Michael Avenatti | Claimant of bankruptcy estate of Eagan Avenatti |
| 500/550 Newport Center Drive, LLC | Claimant of bankruptcy estate of Eagan Avenatti |
| 520 Newport Center Drive, LLC | Claimant of bankruptcy estate of Eagan Avenatti |
| Thomas J Berger MD | Claimant of bankruptcy estate of Eagan Avenatti |
| Todd D. Baraniak | Claimant of bankruptcy estate of Eagan Avenatti |
| Landau Law LLP | Claimant of bankruptcy estate of Eagan Avenatti |
| Raines Feldman LLP | Claimant of bankruptcy estate of Eagan Avenatti |

| Party | Connection/Interest |
|---|---|
| Brian Weiss | Claimant of bankruptcy estate of Eagan Avenatti |
| Employment Development Department | Claimant of bankruptcy estate of Eagan Avenatti |
| Lisa Storie-Avenatti | Claimant of bankruptcy estate of Eagan Avenatti |
| Franchise Tax Board | Unsecured and administrative claimant of bankruptcy estate of Eagan Avenatti |
| Personal Court Reporters, Inc | Claimant of bankruptcy estate of Eagan Avenatti |
| California Dept. of Tax & Fee Administration | Claimant of bankruptcy estate of Eagan Avenatti |
| Stoll, Nussbaum & Polakov APC | Secured claimant of bankruptcy estate of Eagan Avenatti |
| Baker, Keener & Nahra, LLP | Claimant of bankruptcy estate of Eagan Avenatti |
| Department of Treasury | Partially secured claimant of bankruptcy estate of Eagan Avenatti |
| FedEx Corporate Services Inc. | Claimant of bankruptcy estate of Eagan Avenatti |
| County of Orange | Partially secured claimant of bankruptcy estate of Eagan Avenatti |
| Cascade Capital Group LLC | Claimant of bankruptcy estate of Eagan Avenatti |
| Mark Calvert | Claimant of bankruptcy estate of Eagan Avenatti |

| Party | Connection/Interest |
|---|---|
| Verizon | Claimant of bankruptcy estate of Eagan Avenatti |
| Wilentz, Goldman & Spitzer, P.A. | Claimant of bankruptcy estate of Eagan Avenatti |

| | | |
|---|---|---|
| 1 | DATED: February 17, 2021 | **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.** |
| 2 | | |
| 3 | | By _____/s/ Kurt Ramlo_____ |
| 4 | | DAVID B. GOLUBCHIK<br>KURT RAMLO |
| 5 | | Attorneys for Appellants The X-Law Group, P.C. and Filippo Marchino |
| 6 | | |
| 7 | | **THE X-LAW GROUP, P.C.** |
| 8 | | By _____ |
| 9 | | FILIPPO MARCHINO |
| 10 | | Attorneys for Appellants Young Blue LLC, Elba Hernandez, The Estate of Andres Ramirez, and |
| 11 | | Sandy Le |

7

Case 8:21-cv-00366-ODW Document 5 Filed 02/19/21 Page 28 of 29 Page ID #:158
Case 8:21-ap-01086-SC Doc 15-5 Filed 07/29/21 Entered 07/29/21 12:10:48 Desc
Proof of Service    Page 1 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents entitled **Notice of Appeal and Statement of Election; Certification and Notice of Interested Parties; Notice of Related Cases** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David B Golubchik on behalf of Interested Party Courtesy NEF
dbg@lnbyb.com, stephanie@lnbyb.com

D Edward Hays on behalf of Plaintiff Richard A. Marshack
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Filippo Marchino on behalf of Defendant The X-Law Group, PC, a professional corporation
fm@xlawx.com, tc@xlawx.com

Filippo Marchino on behalf of Defendant Young Blue LLC, a limited liability company
fm@xlawx.com, tc@xlawx.com

Filippo Marchino on behalf of Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased
fm@xlawx.com, tc@xlawx.com

Filippo Marchino on behalf of Defendant Filippo Marchino
fm@xlawx.com, tc@xlawx.com

Filippo Marchino on behalf of Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent
fm@xlawx.com, tc@xlawx.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Kurt Ramlo on behalf of Defendant The X-Law Group, PC, a professional corporation
kr@lnbyb.com, kr@ecf.inforuptcy.com

Kurt Ramlo on behalf of Defendant Filippo Marchino
kr@lnbyb.com, kr@ecf.inforuptcy.com

John P. Reitman on behalf of Plaintiff Richard A. Marshack
jreitman@landaufirm.com,
srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                              **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: On **February 17, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 17, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 17, 2021** | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                  **F 9013-3.1.PROOF.SERVICE**