UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 8:21-cv-00336-(ODWx) | Date | June 10, 2021 |
|---|---|---|---|
| Title | *In Re Eagan Avenatti LLP* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                      **In Chambers**

The Court has received all papers filed in support of and in opposition to this bankruptcy appeal. This matter is appropriate for resolution without hearing. An order shall issue.

**IT IS SO ORDERED.**

                                                                         :    00

Initials of Preparer    SE