David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
2818 La Cienega Avenue
Los Angeles, California 90067
Tel: (310) 229-1234; Fax: (310) 229-1244
KR@LNBYB.com; DBG@LNBYB.com

Attorneys for Appellants The X-Law Group, P.C. and Filippo Marchino

Filippo Marchino (State Bar No. 256011)
Thomas E. Gray (State Bar No. 299898)
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380; Fax: (213) 599-3370
FM@XLAWX.COM; TG@XLAWX.COM

Attorneys for Appellants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, and Sandy Le, individually and on behalf of Tina Ngan Le, decedent

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>　　　Debtor.<br><br>THE X-LAW GROUP, P.C., a professional corporation, et al.,<br><br>　　　Appellants,<br><br>　　v.<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>　　　Appellee. | Case No. 8:21-CV-00336-ODW<br><br>**Notice of Related Cases**<br><br>[L.R. 83-1.3.1] |

In accordance with L.R. 83-1.3.1, Appellants The X-Law Group, P.C., Filippo Marchino, Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, and Sandy Le, individually and on behalf of Tina Ngan Le, decedent and Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, provide notice that this appeal (the "**Appeal**") from an order in an adversary proceeding pending in the United States Bankruptcy Court for the Central District of California is related to a *Motion for Withdrawal of the Reference*, Case No. 8:21-cv-01631 (the "**Motion**"). The Motion seeks to transfer the same adversary proceeding to the United States District Court for the Central District of California under 28 U.S.C. § 157(d) on the basis that multiple claims for relief require a trial by jury, the Movants do not consent to entry of final orders or judgment by the bankruptcy court and do not consent to a jury trial conducted by a bankruptcy judge, and the remaining claims should also be withdrawn on the basis of judicial economy. (A parallel notice of related cases has been filed with the Motion in Case No. 8:21-cv-01631.)

The Motion seeks to withdraw to this Court an adversary proceeding prosecuted by Richard A. Marshack, the chapter 7 Trustee for the bankruptcy estate of Eagan Avenatti, LLP (the "**Trustee**"). The Trustee's operative pleading, the second amended complaint, alleges claims for:

1. quantum meruit against Movant/Defendant Hernandez (the second claim for relief);
2. damages from alleged violations of the automatic stay arising out of the 2019 bankruptcy case of Eagan Avenatti and of the automatic stay and a court order arising out of an earlier, separate 2017 bankruptcy case commenced against Eagan Avenatti against Movants/Defendants The X-Law Group and Filippo Marchino (the third claim for relief);
3. voidable transactions (i.e., fraudulent transfers) against

2

    Movants/Defendants The X-Law Group and Marchino (the fourth claim for relief); and

  4. declaratory relief with respect to the claims described above against Movants/Defendants The X-Law Group and Hernandez.

In this Appeal, the defendants who are Movants in related proceeding, as well as two dismissed defendants (Young Blue LLC and Sandy Le, individually and on behalf of Tina Ngan Le, decedent), are appellants from the bankruptcy court order denying their anti-SLAPP motion with respect to the Trustee's first amended complaint. The anti-SLAPP motion addresses the following substantially similar claims as those in the second amended complaint:

  1. a preliminary injunction based on the Trustee's quantum meruit claim requiring Appellants The X-Law Group and Marchino to deposit attorneys' fees in the registry of the bankruptcy court relating to a settlement recovery on behalf of Appellants Hernandez (as well anticipated judgment or settlement recoveries on behalf of Appellants Young Blue, Le, and The Estate of Tina Ngan Le) (first claim for relief);

  2. declaratory relief based on quantum meruit against Appellant Hernandez and determining the Trustee's rights in the attorneys' fees received by Appellant The X-Law Group (second claim for relief) and further declaratory relief directing disbursement of the attorneys' fees in accordance with that determination (seventh claim for relief);

  3. voidable transactions/fraudulent transfers against Appellants The X-Law Group and Marchino (ninth claim for relief).

Other issues in this appeal include claims against Appellants The X-Law Group and Marchino for tortious inference with contractual relations (fifth claim for relief) and intentional interference with prospective economic advantage (sixth claim for relief) based on the same allegations underlying the claims above. The two other claims involve Appellant The X-Law Group and two other appellants:

declaratory relief for quantum merit fees and allocation thereof against Appellants Young Blue and The X-Law Group (third claim for relief) and against Appellants Le, The Estate of Tina Ngan Le, and The X-Law Group (fourth claim for relief).[1]

The Appeal is as shown above related to the Motion for purposes of Local Rule 83-1.3.1. The questions of law presented by the Motion, and the questions of law and fact presented by the adversary proceeding to be withdrawn, largely overlap and call for determination of the same or substantially related or similar questions of law and fact as those presented in the Appeal, and arise from the same or closely related alleged transactions and events. Furthermore, it would entail substantial duplication of labor if the Motion and the Appeal were heard by different judges.

DATED: October 5, 2021     **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

By:    */s/ Kurt Ramlo*
       DAVID B. GOLUBCHIK
       KURT RAMLO
Attorneys for Appellants The X-Law Group, P.C. and Filippo Marchino

**THE X-LAW GROUP, P.C.**

By:    */s/ Filippo Marchino*
       FILIPPO MARCHINO
Attorneys for Appellants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, and Sandy Le, individually and on behalf of Tina Ngan Le, decedent

---

[1] The Trustee's claim for damages from alleged violations of the automatic stay against Appellants The X-Law Group and Filippo Marchino (eighth claim for relief) is not a subject of this appeal.

**Attestation of Signature**

I, Kurt Ramlo, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date:  October 5, 2021     By:     */s/ Kurt Ramlo*
                                                Kurt Ramlo