# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA - CENTRAL

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 8:21-cv-00336

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 02/19/2021

Date of judgment or order you are appealing: 12/02/2021

Docket entry number of judgment or order you are appealing: 16

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendants The X-Law Group, P.C., a professional corporation; Filippo Marchino, an individual; Young Blue LLC, a limited liability company; Sandy Le, individually and on behalf of Tina Ngan Le, decedent

Is this a cross-appeal?  ○ Yes  ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Filippo Marchino   **Date** 1/3/2022

Signature: /s/ Kurt Ramlo                    Date: 1/3/2022

**Form 1**                                      *Rev. 12/01/2021*

**Attestation of Signature**

I, Kurt Ramlo, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: January 3, 2020                    By:   */s/ Kurt Ramlo*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

| |
|---|
| Defendants The X-Law Group, P.C., a professional corporation; Filippo Marchino, an individual |

Name(s) of counsel (if any):

| |
|---|
| David B. Golubchik (SBN 185520) Kurt Ramlo (SBN 166856) Levene, Neale, Bender, Yoo, & Golubchik L.L.P. |

Address: 2818 La Cienega Avenue, Los Angeles, California 90034

Telephone number(s): (310) 229-1234

Email(s): DBG@LNBYG.com; KR@LNBYG.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

| |
|---|
| Plaintiff Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP |

Name(s) of counsel (if any):

| |
|---|
| Richard L. Kellner (SBN 171416) Kellner Law Group PC |

Address: 1180 South Beverly Drive, Suite 610 Los Angeles, California 90035

Telephone number(s): (310) 780-6759

Email(s): rlk@kellnerlaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Defendants Young Blue LLC, a limited liability company; Sandy Le, individually and on behalf of Tina Ngan Le, decedent

Name(s) of counsel (if any):

Filippo Marchino (SBN 256011) & Thomas Gray (SBN 299898)
The X-Law Group, P.C.

Address: 625 Fair Oaks Ave, Suite 390, South Pasadena, CA 91030

Telephone number(s): (213) 599-3380

Email(s): FM@XLAWX.COM; TG@XLAWX.COM

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

## Appellees

Name(s) of party/parties:

Plaintiff Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP

Name(s) of counsel (if any):

D. Edward Hays (SBN 162507) Tinho Mang (SBN 322146)
Marshack Hays LLP

Address: 870 Roosevelt, Irvine, California 92620

Telephone number(s): (949) 333-7777

Email(s): ehays@marshackhays.com; tmang@marshackhays.com

Name(s) of party/parties:



Name(s) of counsel (if any):



Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*