O

# United States District Court
# Central District of California

| | |
|---|---|
| In re EAGAN AVENATTI LLP, <br><br>  Debtor. <br> ——————————————— <br> RICHARD A. MARSHACK, as Chapter 7 Trustee for Eagan Avenatti, LLP, <br><br>  Plaintiff-Appellee, <br><br>  v. <br><br> THE X-LAW GROUP, P.C., et al., <br><br>  Defendants-Appellants. | Case No. 8:21-cv-00336-ODW <br><br> **FINAL JUDGMENT** <br><br> Bankruptcy Case No. 8:19-bk-13560-SC <br> Adversary Case No. 8:20-ap-01086-SC |

On February 19, 2021, Appellants The X-Law Group, P.C., Filippo Marchino, Elba Hernandez, Young Blue LLC ("YBL"), and Sandy Le initiated this action appealing the Bankruptcy Court's denial of their Special Motion to Strike and Dismiss. (Notice of Appeal 7, 8, ECF No. 1.) On December 2, 2021, this Court denied Appellants' Motion and affirmed the Bankruptcy Court. (Order, ECF No. 16.)

///

///

///

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Judgment is entered for Appellee Richard A. Marshack as the Trustee for Eagan Avenatti, LLP.
2. The Bankruptcy Court's denial of Appellants' Motion is affirmed as described in the Court's Order, (ECF No. 16).

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 20, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**